**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

LISETTE R.,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

25 **CIVIL** 6807 (GRJ)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 19, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 17) is GRANTED and this case is REMANDED for calculation of benefits; accordingly, the case is closed.

**Dated:** New York, New York

October 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**